| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BASHARAT JARRAL, a/k/a "Alex," | DOCKET NO.<br>S1 07 Cr. 711 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>BASHARAT JARRAL, a/k/a "Alex," | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST<br>Southern District of New York | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Transportation of Stolen Vehicles, Possession and Sale of Stolen Vehicles, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 2312, 2313, 2 |
|---|---|---|
| ORDERED BY<br>HON. ~~HENRY B. PITMAN~~<br>ANDREW J. PECK<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | OTHER CONDITIONS OF RELEASE<br><br>SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>AUG 1 3 2007 |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8/15/07<br>DATE EXECUTED<br>8/15/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Thomas B. Miller<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>Thomas B Miller |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #
AUG 15 2007